UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

MACK TRANSOU ]
 ]
v. ]
 ] No. 1:04-0110
WARDEN KEVIN MYERS, et al. ] Judge Higgins
 ]

O R D E R

No objections to the Magistrate Judge's Report and Recommendation (entered June 15, 2005; Docket Entry No. 38) have been filed within the required time.

After independently reviewing the Magistrate Judge's findings and the entire record, the Court finds the Magistrate Judge's findings and conclusions are correct and they are adopted and approved.

Accordingly, the plaintiff's motion (Docket Entry No. 37) for injunctive relief is denied.

It is so ORDERED.

Thomas A. Higgins
United States District Judge
7-8-05